UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ILENE MOSES,                                Case No. 96-80274

    Defendant.                        Honorable Patrick J. Duggan
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 15, 2007.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant Ilene Moses' Motion for Release Pending Appeal pursuant to 18 U.S.C. § 3143(b). 18 U.S.C. § 3143(b) provides for release pending appeal of a person who has been found guilty and sentenced to a term of imprisonment if the Court finds:

(A)    by clear and convincing evidence that the person is not likely to flee or pose danger to the safety of any other person or the community if released under section 3142(b)(c) of this title; and

(B)    that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in -

    (i)    reversal,
    (ii)    an order for a new trial . . .

1

Defendant's motion must be denied.  The Court is not persuaded that the appeal raises a substantial question of law or fact likely to result in a reversal or an order for a new trial.

**SO ORDERED**.

                                                s/PATRICK J. DUGGAN  
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Lynn Helland, A.U.S.A.
Ross I. MacKenzie, A.U.S.A.
Edward C. Wishnow, Esq.
John Minock, Esq.